PETER WEBB,
      Plaintiff.

V.

Houston Police Department.

FILED
JUN 26 2017
David J. Bradley, Clerk of Court

On or about 8-23-2016 I (Peter Webb) did call the Houston Police department claiming of my federal mailbox being left open by a Aids Foundation of Houston employee at my then residence of 312 West Alabama st Houston Texas 77006. A Ms. P. Garza of the Houston Police Department came to take a report of my report after I called the Houston Police Department of the crime of tampering of my mailbox. A Police report was filed on my behalf but no action was taken by the Houston Police Department up to this date of June 22, 2017.

I (PETER WEBB) did fill out a Affidavit form with the Houston internal Affairs department but for some unknown reason the Houston internal Affairs department fail to investigate my claim after a Ms. Garza who I found out do not work within the department of internal Affairs Division who she (Ms. Garza) took my Affidavit claiming she would investigate. since my claim against Houston police department of their fail attempt to investigate I have been harriss and posin by Houston police officer at the Astroinn motel on I-45 and they had a Mr. Rolland Roberson, A Ms. Lisa Roberson, and A Sharonda Roberson and A Barbara Roberson enter my motel room #324 in the month of April 2017 which they put some kind of substance in my coffee cream, causing me to have to be placed in the Harris Health Medical at Ben-Tubu Hospital. While I was within the Ben-Tubu Hospital I (PETER WEBB) did call the Houston Police department to report of me being posin by the people above and A Houston Police officer of 10 years as well as

2

Harris Health medical at Ben-Taub Police did come and took a report of my claim but as of This date of June 22, 2017 they also Fail To look into The matter. While I Was being treated at Harris Health of The Posining on The 5th Floor in Room 2 Bed 2 My nurse Then I Was nurse Ms. Green Who Was The Head nurse, and My Room nurse Ms. Cathy, and My LVN nurse Ms. Xing is a Witness on My behalf of my stay at The Hospital of My complaint To Houston Police officer name Coplan Who Took my report but He refuse To investigate of The Posining. I also called Lufkin Texas Police The same night To Have Ms. Lisa Roberson and Ms. Barbara Roberson Arrested For Their Part in Posining Me With The other Roberson Family Which Houston Police had Them released. All This Took Place basis on The Fact That I (Peter Webb) did design My own Tennis shoe design With inventHelp of Houston Texas and due To My business at inventHelp of My Tennis shoe design is Who They have Posin Me With The intent To stop Me as a Black Man Who Now have and Worth a lot of Money. I AM Also Within The Harris county Jail on a charge of change of Address by My Parole officer a Ms. Annette Winfrey of Houston 2 Parole office Who also Took Part in This act of Jealousy against Me and since I been in This Harris county Jail I (PETER WEBB) has been Posin up To 2 Times Which I only Lost More Weight due To The Posining. I AM in Fear of My Health and Life at This Time being in Here around The inmates Who HPD have and is Using Harris

county jailers to give inmates cell Phones and some kind of substance they have and is Placing in the Hot Water Pots of their own and I've been losing More Weight due to the substance. I can also hear the cell Phones go off/ring next door to my cell in 6M/ cell 1W and down the Hall from Me. This is a serious Matter and against Federal and state Laws. This is a imminent danger of serious Physical injury at this time.

Date: June, 22 2/7

                Mr. Peter Webb
                      Plaintiff

I (Peter Webb) due state that everything in this case is true to the Best of My Knowledge.

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: PETE B WEBB
SPN: 02160754 Cell: GW1
Street: 701 North San Jacinto
HOUSTON, TEXAS 77002



**INDIGENT**

JUN 2 6 2017 United States District Clerks office
P.O. Box 61010
Houston, Texas 77208-1010

David J. Bradley, Clerk of Court

United States Courts
Southern District of Texas
FILED

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.46⁰
02 4W
0000334684 JUN. 23. 2017.

7720881010 B001